# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD CALLENDER, | Case No. 17-cv-00248-BAS-JLB |
| Plaintiff, | **ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |
| v. | |
| RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, | |
| Defendants. | |

On February 7, 2017, Plaintiff Edward Callender brought this claim against Defendant Riverside County Sheriff Department alleging what appears to be a violation of the Americans with Disabilities Act. (ECF No. 1.) In the ensuing two months, however, Plaintiff has neither paid the requisite filing fees, nor filed a request to proceed *in forma pauperis* ("IFP").

With the exception of prisoners petitioning for writ of habeas corpus, any party instituting a civil action in federal district court must pay filing and administrative fees totaling $400. *See* 28 U.S.C. § 1914(a) ("The clerk of each district court shall require the parties instituting any civil action, suit or proceeding in such court . . . to pay a filing fee of $350[.]"); Judicial Conference Schedule of Fees, District Court Misc. Fee

Schedule ¶ 14 (eff. Dec. 1, 2016) ("Administrative fee for filing civil action, suit, or proceeding in a district court [is] $50.") "Where a litigant fails to file such a fee, it is within the power of the court to dismiss the action." *Vafiadis v. Small Bus. Admin.*, No. C–94–1909 DLJ, 1994 WL 412435, at *1 (N.D. Cal. July 28, 1994) (citation omitted). Here, Plaintiff has not paid the requisite $400 in fees, nor has he submitted a properly supported motion to proceed IFP. Accordingly, the Court **DISMISSES** this action sua sponte without prejudice. Plaintiff is granted forty-five (45) days leave from the date this Order is filed to (a) pay the required filing fees; or (b) complete and submit a motion to proceed IFP.

The Clerk shall close the file.

**IT IS SO ORDERED**.

**DATED: April 14, 2017**

Hon. Cynthia Bashant
United States District Judge